IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

A.S., FATHER OF A.L.L., A CHILD,

    Appellant,

                              Case No.     5D21-3148

 v.                             LT Case No. 2021-DR-038755-X

IN RE: THE ADOPTION OF A.L.L., A CHILD,

    Appellee.

_____/

Decision filed July 19, 2022

Appeal from the Circuit Court
for Brevard County,
David Dugan, Judge.

Shari J. Wilson, of Crutchfield Law,
Rockledge, for Appellant.

Curtis N. Flajole, of Curtis N. Flajole,
P.A., Rockledge, for Appellee.

PER CURIAM.

    AFFIRMED.

COHEN, SASSO and TRAVER, JJ., concur.